# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **REGIONS BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | |
| | ) | **3:17-CV-632-TFM** |
| **INVESTORS TITLE INSURANCE COMPANY,** | ) ) | |
| | ) | |
| Defendant. | ) | |

## CONFLICT DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, as well as Middle District Local Rule 7.1 and the Middle District of Alabama's General Order No. 3047, Defendant **Investors Title Insurance Company** respectfully discloses that the following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| **Investors Title Company** | Parent Corporation |

Investors Title Insurance Company is a wholly owned subsidiary of Investors Title Company, which is a publicly traded company (ITIC). Further, **Markel Corporation** owns more than 10% of the common stock of Investors Title Company.

/s/ Amelia K. Steindorff
Amelia K. Steindorff (KIL-025)
One of the Attorneys for Defendant Investors
Title Insurance Company

1

OF COUNSEL:
Amelia K. Steindorff
REYNOLDS, REYNOLDS & LITTLE, LLC
2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209
Tel: 205.414.7413
E-mail: asteindorff@rrllaw.com

Justin B. Little
REYNOLDS, REYNOLDS & LITTLE, LLC
2115 11th Street
Tuscaloosa, AL 35301
Tel. 205.391.0073
Email: jlittle@rrllaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served on all parties either electronically or by regular mail on this 23rd day of October, 2017.

Hallman B. Eady
Spencer Mobley
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, Al 35203
(205) 521-8000
heady@bradley.com
smobley@bradley.com

                                                             */s/ Amelia K. Steindorff*
                                                             OF COUNSEL